■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FITZROY JACKSON, Appellant. [738 NYS2d 252] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 18, 1995 (*People v Jackson,* 219 AD2d 676), affirming a judgment of the Supreme Court, Richmond County, rendered October 24, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). S. Miller, J.P., Krausman, Friedmann and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL JAMES, Appellant. [738 NYS2d 246] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered March 10, 1998, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the disparity between the sentence offered to him as part of a plea offer and that imposed upon his conviction establishes that the trial court impermissibly penalized him for exercising his right to a trial. This contention is without merit. The comments by the trial court indicated that it did not improperly enhance the defendant's sentence based on his choice to go to trial. Rather, the sentence was based on the defendant's criminal background and the circumstances of the crime (*see, People v Ruiz,* 287 AD2d 662; *People v Robinson,* 287 AD2d 582; *People v Overton,* 210 AD2d 354; *see also, People v Pena,* 50 NY2d 400, 411-412, *cert denied* 449 US 1087). Florio, J.P., Feuerstein, O'Brien and Adams, JJ., concur.